■ Julie Schwartzman, Respondent, v South Bronx Mental Health Council, Inc., Appellant. [624 NYS2d 834] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on August 18, 1994, unanimously affirmed for the reasons stated by Katz, J., without costs and disbursements. No opinion. Concur—Rubin, J. P., Ross, Nardelli, Williams and Tom, JJ.